IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
NORTHERN DIVISION

**TONYA SHARITY RODGERS**                                                                 **PLAINTIFF**

V.                                    No. 3:24-CV-00187-BRW

**ATTORNEY GENERAL, ET AL.**                                                              **DEFENDANTS**

## ORDER

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Plaintiff is suing the Attorney General, Global Marketing, ACH Sweepstakes, Microsoft, Google, and the Washington Post for problems related to her email accounts.

Because Plaintiff's complaint is nonsensical, frivolous, and states no federal cause of action against Defendants for which relief may be granted, this case is DISMISSED. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 1) is DENIED.

IT IS SO ORDERED this 8th day of October, 2024.

                    Billy Roy Wilson
                    UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

1